Jonathan M. Rashtian, Esq
jonathan@gaslamplaw.com.
eservice@gaslamplaw.com
**GASLAMP LAW GROUP, PC**
9744 Wilshire Blvd, Suite 303
Beverly Hills, CA 90212
Telephone: (323) 853-7853
Facsimile: (323) 853-7848

Attorney for Plaintiff
**ANAIT ARTUNYAN**

Sabrina C. Narain (SBN 299471)
sabrina.narain@nm-llp.com
Jacky P. Wang (SBN 222464)
jacky.wang@nm-llp.com
**NARAIN MACLEAR LLP**
300 South Grand Avenue, Suite 3950
Los Angeles, Ca 90071
Telephone: 323-71-NMLLP
MBUSA-Eservice-NM@nm-llp.com

Attorneys for Defendant
**MERCEDES-BENZ USA, LLC**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAIT ARTUNYAN,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC; and DOES 1 through 100, inclusive,<br><br>Defendants. | **CASE NO. 2:25-cv-04233-JLS-BFM**<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE**<br><br>District Judge: Josephine L. Staton<br>Ctrm.: 8A |

**ORDER**

Pursuant to the Stipulation of the parties under the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), and good cause appearing therefore, the stipulation is approved. The Court hereby retains jurisdiction to enforce and require compliance with the terms of the settlement agreement entered into by the parties. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: November 13, 2026

By: Josephine L. Staton

Hon. Josephine L. Staton
United States District Judge